# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE MATTER OF: LAUREN MICHELLE   :   No. 103 WM 2019
ZITSCH   :
  :
MOTION FOR EXTENSION PURSUANT   :
TO RULE 311   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of December, 2019, the Request for Extension Pursuant to Pa.B.A.R. 311 is GRANTED, IN PART. In order to afford Lauren Michelle Zitsch time to seek full admission to the Pennsylvania bar, her temporary admission is extended until October 30, 2020.